UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. HANNAH GILES et al., | Case No. 1:24-cv-00483 (JLR) |
| Plaintiff, | **FILED UNDER SEAL** |
| -against- | **ORDER** |
| PFIZER, INC., | |
| Defendant. | |

JENNIFER L. ROCHON, United States District Judge:

In a letter dated April 29, 2024, the United States of America (the "Government") submitted a letter requesting a three-month extension of time to decide whether to intervene in this action.  On May 1, 2024, this requested extension was granted; as a result, the deadline for the Government to decide whether to intervene is now July 29, 2024.

That date has passed without further contact by the Government.  It is therefore ORDERED that the Government inform the Court as to its decision regarding intervention (or, if need be, request an extension *nunc pro tunc*) by **September 6, 2024**.

Dated: August 23, 2024
    New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge

1