**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* HANNAH GILES and PROJECT VERITAS,<br><br>         Plaintiff,<br><br>    v.<br><br>PFIZER, Inc.,<br><br>         Defendant. | 24 Civ. 483 ~~(CS)~~ (JLR)<br><br>**FILED UNDER SEAL**<br><br>**ORDER EXTENDING THE SEAL** |

IT IS HEREBY ORDERED, that for good cause shown pursuant to 31 U.S.C. § 3730(b)(3), the time for the United States of America to notify this Court of its decision whether to intervene in the above-captioned action, or decline to do so, is hereby extended to and including January 29, 2025.  This extension applies *nunc pro tunc*.

The complaint, orders, and all other documents submitted to the Court shall remain under seal during that period and until further order of the Court.

Dated: New York, New York
   August 26  , 2024

       SO ORDERED:

       *Jennifer Rochon*

       HONORABLE ~~CATHY SEIBEL~~ JENNIFER L. ROCHON
       UNITED STATES DISTRICT JUDGE