**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* HANNAH GILES and PROJECT VERITAS, | 24 Civ. 483 (JLR) |
| Plaintiff, | **FILED UNDER SEAL** |
| v. | **ORDER EXTENDING THE SEAL** |
| PFIZER, Inc., | |
| Defendant. | |

IT IS HEREBY ORDERED, that for good cause shown pursuant to 31 U.S.C. § 3730(b)(3), the time for the United States of America to notify this Court of its decision whether to intervene in the above-captioned action, or decline to do so, is hereby extended, *nunc pro tunc*, to and including July 29, 2025.

The complaint, orders, and all other documents submitted to the Court shall remain under seal during that period and until further order of the Court.


Dated: New York, New York
　　　　February 10　　　, 2025


SO ORDERED:

_____
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE