**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* HANNAH GILES and PROJECT VERITAS,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, Inc.,<br><br>Defendant. | 24 Civ. 483 (JLR)<br><br>**FILED UNDER SEAL**<br><br>**ORDER EXTENDING THE SEAL** |

IT IS HEREBY ORDERED, that for good cause shown pursuant to 31 U.S.C. § 3730(b)(3), the time for the United States of America to notify this Court of its decision whether to intervene in the above-captioned action, or decline to do so, is hereby extended to and including October 29, 2025.

The complaint, orders, and all other documents submitted to the Court shall remain under seal during that period and until further order of the Court.

Dated: New York, New York
      July 30 , 2025

SO ORDERED:

*Jennifer Rochon*

HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE